IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHTERN DIVISION

| | |
|---|---|
| WILLIAM LANIER ELLIS, SR., #259380, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>DR. LYRENE, et al., )<br>)<br>Defendants. ) | CIVIL ACTION NO. 2:09-CV-653-TMH<br>[WO] |

**ORDER**

Upon review of the file in this case, and as the court has not yet received the necessary written report and answer from defendant Andrews, it is

ORDERED that the order entered on August 18, 2009 (Court Doc. No. 16) requiring a response from the plaintiff be and is hereby VACATED.

Done this 9th day of September, 2009.

　　　　　　　　　　　　　　/s/ Susan Russ Walker
　　　　　　　　　　　　　　SUSAN RUSS WALKER
　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE