IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIAM LANIER ELLIS, SR., #259380,  )  Plaintiff,  )   )  v.  )   ) DR. LYRENE, et al.,  )   )  Defendants.  ) | CIVIL ACTION NO. 2:09cv653-TMH |

**ORDER AND OPINION**

On October 4, 2011, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 78). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED and that this case is DISMISSED without prejudice for plaintiff's failure to prosecute this action.

Done this the 27th day of October, 2011.

/s/ Truman M. Hobbs

_____
SENIOR UNITED STATES DISTRICT JUDGE